No. 97–1633. In re Cossett, dba Cossett Construction Co., Inc. Sup. Ct. Ohio. Petition for writ of common-law certio-

rari denied.